■ PATRICIA O'ROURKE et al., Appellants, v DARRYL R. CHASON, Respondent. [659 NYS2d 978] —Appeal by the plaintiffs from a judgment of the Supreme Court, Nassau County (DiNoto, J.), entered June 18, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice DiNoto in his memorandum decision dated February 9, 1996, at the Supreme Court. O'Brien, J. P., Copertino, Thompson and Krausman, JJ., concur.